Michelle K. Fossum, WSBA #20249
Sayre Sayre & Fossum, P.S.
201 W. North River Drive, Suite #460
Spokane, WA 99201
Tel: (509) 325-7330
michelle@sayrelaw.com
gina@sayrelaw.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIRGINIA VALDEZ, | ) |
| | ) |
| Plaintiff, | ) No.: 2:21-cv-00223-SMJ |
| | ) |
| | ) **JURY DEMAND** |
| vs. | ) |
| | ) |
| GRANT COUNTY HEALTH DISTRICT, | ) |
| a municipal corporation, THERESA | ) |
| ADKINSON, an individual; and | ) |
| GRANT COUNTY HEALTH | ) |
| DISTRICT BOARD MEMBERS, | ) |
| | ) |
| Defendants. | ) |

- - -

TO THE CLERK OF THE COURT AND TO:   Virginia Valdez, and to your attorney, Corbin O. Earl.

Defendants, Grant County Health District, Theresa Adkinson and Grant County Health District Board Members hereby demands a trial by a twelve

JURY DEMAND
(2:21-cv-00223-SMJ)....P.1

201 W. North River Dr., Suite 460   Spokane, WA 99201-2262
(509) 325-7330  FAX (509) 325-7334

SAYRE SAYRE
& FOSSUM ATTORNEYS AT LAW

1  (12) person jury pursuant to Federal Rule of Civil Procedure 38(b).

2  DATED this 3rd day of August, 2021.

                                        **SAYRE SAYRE & FOSSUM, P.S.**

                                        By: *Michelle K. Fossum*
                                        Michelle K. Fossum, WSBA #20249
                                        Attorneys for Defendants Grant County
                                        Health District, Theresa Adkinson and
                                        Grant County Health District Board of
                                        Health Members

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

>Corbin O. Earl, WSBA #52300
>Earl and Edwards, P.L.L.C.
>1334 S. Pioneer Way
>Moses Lake, WA 98837
>Tel: (509) 765-1705
>corbin@earlandedwards.com

Dated this 3rd day of August, 2021, at Spokane, Washington.

>/s/Gina Christensen
>Gina Christensen, Paralegal
>Sayre Sayre & Fossum, P.S.
>201 W. North River Dr., Ste. #460
>Spokane, WA 99201
>Tel: (509) 325-7330
>Fax: (509) 325-7334
>gina@sayrelaw.com

