FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIRGINIA VALDEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GRANT COUNTY HEALTH DISTRICT, a municipal corporation, THERESA ADKINSON, an individual, and GRANT COUNTY HEALTH DISTRICT BOARD MEMBERS,<br><br>　　　　　　Defendants. | No.   2:21-cv-00223-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 21, 2021, the parties filed a stipulated dismissal, ECF No. 5. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion to Dismiss With Prejudice, **ECF No. 5**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

1  //

2  //

3  //

4      **5.**    The Clerk's Office is directed to **CLOSE** this file.

5      **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

6  provide copies to all counsel.

7      **DATED** this 4th day of October 2021.

 

    _____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2